# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ILLIA KORNEA** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-2708** |
| | : | |
| **J.S.D. MANAGEMENT, INC.** *et al.* | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW,** this 4th day of October 2018, upon consideration of the pending motions and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1.  Defendant JSD's Motion to Dismiss or for Summary Judgment [Doc. No. 4] is **DISMISSED AS MOOT**;

2.  Defendant JSD's Motion to Strike Amended Complaint [Doc. No. 9] is **DENIED.** The operative complaint is Plaintiff's Amended Complaint;

3.  Defendants Hendrick and Clark's Motion to Dismiss for Insufficient Process or to Dismiss or for Summary Judgment [Doc. No. 5] is **DISMISSED AS MOOT**;

4.  Defendants Hendrick and Clark's Motion to Dismiss for Insufficient Process and Insufficient Service of Process [Doc. No. 11] is **GRANTED IN PART** and Plaintiff is allowed 30 days to effectuate service of process of the Amended Complaint.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**