IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ILLIA KORNEA<br>    Plaintiff,<br><br>v.<br><br>J.S.D MANAGEMENT, INC. *et al.*<br>    Defendants. | CIVIL ACTION NO. 18-2708 |

# ORDER

**AND NOW**, this 6th day of February 2019, upon consideration of Defendants' Motions to Dismiss [Doc. Nos. 16, 31, and 36] and the responses thereto, as well as Plaintiff's Motion for Sanctions [Doc. No. 26], it is hereby **ORDERED** that:

1. The motions to dismiss [Doc. Nos. 16, 31, and 36] are **GRANTED** and all claims against Defendants Clark, Hendrick, JSD, and DexYP are **DISMISSED WITH PREJUDICE;**

2. All claims against Does 1 through 100 are **DISMISSED WITHOUT PREJUDICE** as Plaintiff has failed to allege true names, more specific positions in Defendant companies, or more specific factual allegations relating to them; and

3. Plaintiff's motion for sanctions [Doc. No. 26] is **DENIED.**[1]

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

---

[1] Plaintiff has moved for sanctions against Defendant JSD Management and its attorney Ronald Cantor pursuant to Rule 11 for filing numerous motions to dismiss, which Plaintiff believes are frivolous, and for failing to answer the Amended Complaint. Each Defendant has filed no more than one motion to dismiss the Amended Complaint. As these motions, which are granted, are not frivolous, and as Defendants were not required to answer the complaint prior to the Court's ruling on their motions to dismiss, Plaintiff's motion for sanctions is denied.